UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                      :

LUIS MERCEDES, *on behalf of himself and all others*     :
*similarly situated,*                                  :
                                        :

                       Plaintiff,           :                23-CV-8273 (JMF)
                                        :

          -v-                               :                   ORDER
                                        :

CHEERLEADING COMPANY, INC.,               :
                                        :

                       Defendant.       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: September 21, 2023
      New York, New York

                                   JESSE M. FURMAN
                                  United States District Judge